Damian P. Richard, Esq. (#028477)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sessions-law.biz

Attorneys for Credence Resource Management, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALICIA DEE PAYNE,<br><br>             Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>             Defendant. | CASE NO.:<br><br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) [FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE THAT defendant Credence Resource Management, LLC ("CRM") hereby removes to this Court the state court action described below.

   1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. §1692, *et. seq*.

   2.   On or about June 2, 2015 the action was commenced in the Superior Court of the State of Arizona, Maricopa County Justice Court, entitled, *Alicia Dee*

*Payne v. Credence Resource Management, LLC*, Case No. CC2015-097316RC (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

      3.      The date upon which CRM first received a copy of the said Complaint was June 7, 2015, when CRM's agent for service of process was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), CRM has timely filed this Notice of Removal.

      4.      A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

      5.      The State Court Action is located within the District of Arizona. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Arizona embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

      6.      Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: June 30, 2015        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                */s/Damian P. Richard*
                                Damian P. Richard
                                Attorneys for Defendant
                                Credence Resource Management, LLC