Exhibit A

 **Maricopa County Justice Courts, Arizona**

White Tank Justice Court   21749 W. Yuma Rd. #B101, Buckeye, AZ 85326   623-386-4822

CASE NUMBER: CC2015-097316 RC

| | |
|---|---|
| Alicia Dee Payne | CREDENCE RESOURCE MANAGEMENT, LLC |
| 6108 North Almanza Lane | 6045 Atlantic Blvd. STE 2 |
| Litchfield Park, Arizona 85340 | NORCROSS, GA 30071 |
| ( 623 ) 570-4927 | ( 855 ) 876-5380 |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |

Serve on:
☒ Statutory Agent CORPORATION SERVICE COMPANY

Address  2338 West Royal Palm Road STE J

Phoenix, Arizona 85021

(        )

**CIVIL SUMMONS**
☐ Replacement Summons                          JCRCP Rule 112

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO
THE COURT AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF ANY SCHEDULED HEARING.

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1. **YOU ARE SUMMONED** to respond to this complaint by filing a written ANSWER with this Court and by paying the
   required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2. If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20)
   calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive
   your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal
   holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were
   served with the summons.

3. Your answer must be in writing.

   (a) You may obtain an answer form from this Court.

   (b) You may also obtain an answer form from the Form section of the
       Maricopa County Justice Courts website at http://justicecourts.maricopa.gov
       The direct link is: http://justicecourts.maricopa.gov/Forms/cv_Answer.pdf

4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5. IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT
   JUDGMENT MAY BE ENTERED AGAINST YOU.

Date: 6/1/15                                    _____
                                               Justice of the Peace

*You are required to keep the court advised of your current address and contact phone number.
The clerk can provide you with a Notice of Change of Address form.*

CV 6150-101.01 R: 3/4/13

 **Maricopa County Justice Courts, Arizona**

White Tank Justice Court    21749 W. Yuma Rd. #B101, Buckeye, AZ 85326   623-386-4822

CASE NUMBER: C015.09751.6

| | |
|---|---|
| Alicia Dee Payne | CREDENCE RESOURCE MANAGEMENT, LLC |
| 6108 North Almanza Lane | 6045 Atlantic Blvd. STE 2 |
| Litchfield Park, Arizona 85340 | Norcross, GA 30071 |
| ( 623 ) 570-4927 | ( 855 ) 876-5380 |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |
| | CORPORATION SERVICE COMPANY |
| | 2338 West Royal Palm Road STE J |
| | Phoenix, Arizona 85021 |
| ( ) | ( ) |
| Attorney for Plaintiff(s) Name / Address / Phone | Attorney for Defendant(s) Name / Address / Phone |

| COMPLAINT | JCRCP Rule 110 |
|---|---|

I allege that: Defendant as Debt Collector engaged in a scheme of unfair, unlawful and deceptive debt collection practices.

☒ This court has jurisdiction over this matter.

☒ This court has venue because:

    ☐ Defendant resides within the precinct boundaries of this court.

    ☒ The debt or obligation that gives rise to this action occurred within this court's precinct, at the following location:
    6108 North Almanza Lane Litchfield Park, Arizona 85340

    ☐ Other, pursuant to ARS 12-401.1-19: _____

I also allege that (state the factual basis for each claim): CLAIM ONE: On April 10,2015 Defendant CREDENCE RESOURCE

1. MANAGEMENT violated 15 USCS § 1692g(b) by refusing to provide verification for alleged debt and

   cease it's unauthorized debt collection activies against Plaintiff after receiving a timely request

2. for validation of debt. See Exhibits # 1, and 2. CLAIM TWO: Defendant violated 15 USCS §§ 1692e(2)

   (A), (B)(5) by attempting to collect money from the Plaintiff for alleged debt that was not assigned

3. to Defendant for collection  by original creditor through an ("Assignment or Written Agreement"), and

   falsely representing it's lawful status to Experian as a duly appointed third party debt collector

4. with authority to report said debt on Plaintiff's credit report as a delinquent account. See Ex 3,4.

ACTUAL INJURY: On April 20,2015 Plaintiff was adversely affected when her (Loan Application) was denied
based on Defendant's deceptive conduct, PLAINTIFF REQUESTS $8,999.00 in actual damages, and $1,000.00 for Statuory
I am asking the court to award me judgment against the defendant(s) in the sum of $ 9,999.00
                                                            (state claimed damages)

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

I state under penalty of perjury that the foregoing is true and correct.

Date: June 1,2015           _____
                   Plaintiff

*You are required to keep the court advised of your current address and telephone number.*
*The clerk can provide you with a Notice of Change of Address form.*

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

APR 16 2015

1. Article Addressed to:

NOTICE FOR
VALIDATION OF DEBT TO:
GREDENCE RESOURCE MANA
6045 ATLANTIC BLVD STE 2
NORCROSS , GA 30071

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☐ Certified Mail®     ☐ Priority Mail Express™
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)   7014 2120 0002 7318 7582

PS Form 3811, July 2013          Domestic Return Receipt

EXHIBIT # 1

**SENDER: COMPLETE THIS SECTION**

- ☑ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☑ Print your name and address on the reverse so that we can return the card to you.
- ☑ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

APR 10 2015

1. Article Addressed to:

NOTICE FOR
VALIDATION OF DEBT TO:
GREDENCE RESOURCE MANA
6045 ATLANTIC BLVD STE 2
NORCROSS , GA 30071

3. Service Type
☑ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)      7014 2120 0002 7318 7582

PS Form 3811, July 2013          Domestic Return Receipt

EXHIBIT # 1

ALICIA PAYNE
Report As Of: 3/30/2015



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

### CREDENCE RESOURCE MANA

Unknown

6045 ATLANTIC BLVD STE 2
NORCROSS, GA 30071

| | |
|---|---|
| Account Name | CREDENCE RESOURCE MANA |
| Account # | 23504XXXX |
| Account Type | Other Collection Agencies |
| Balance | $712.00 |
| Past Due | $712.00 |
| Date Opened | 10/1/2014 |
| Account Status | |
| Mo. Payment | $0.00 |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 1 Month |
| Comments | |

24/Mo Payment History

|  | 2013 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | CO |

---

### CREDIT MANAGEMENT LP

Unknown

8777417302
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007

| | |
|---|---|
| Account Name | CREDIT MANAGEMENT LP |
| Account # | 5454XXXX |
| Account Type | Other Collection Agencies |
| Balance | $73.00 |
| Past Due | $73.00 |
| Date Opened | 9/1/2013 |
| Account Status | |
| Mo. Payment | $0.00 |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 1 Month |
| Comments | |

24/Mo Payment History

|  | 2012 | | | | | | | | | 2013 | | | | | | | | | | | | | 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | CO |

EXHIBIT # 2

---

Personal Information     Report Summary     Bankruptcies     Credit Inquiries     *Credit Cards & Loans Page 5 of 20*     Credit Score

**Experian**
A world of insight

Prepared for: ALICIA DEE PAYNE
Date: May 05, 2015
Report number: 2811-6146-61

Your accounts that may be considered negative (continued)

**CONTRACT FUNDING INC**
3825 N 16TH ST STE 100
PHOENIX AZ 85016
Phone number
(602) 230 1122
Partial account number
J5......
Address identification number
0390139588

Payment history
2011                     2010
APR MAR FEB JAN DEC

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Dec 2010 | Auto Loan | $6,760 | $2,275 as of Apr 2011 | Individual |
| First reported | Terms | High balance | | Status |
| Dec 2010 | 53 Months | Not reported | | Collection account $2,275 past due as of Apr 2011. |
| Date of status | Monthly payment | | | This account is scheduled to continue on record until Jan 2018. |
| Apr 2011 | Not reported | | | |

**CREDENCE RESOURCE MANAGE**
6045 ATLANTIC BLVD STE 210
NORCROSS GA 30071
Phone number
(855) 876 5380
Partial account number
235047873
Address identification number
0641499795
Original creditor AT T

Payment history
2014
DEC

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Oct 2014 | Collection | $712 | $712 as of Dec 2014 | Individual |
| First reported | Terms | High balance | | Status |
| Dec 2014 | 1 Months | Not reported | | Collection account. $712 past due as of Dec 2014. |
| Date of status | Monthly payment | | | This account is scheduled to continue on record until Sep 2019. |
| Dec 2014 | Not reported | | | |

**DEPT OF EDUCATION/NELNET**
121 S 13TH ST
LINCOLN NE 68508
Phone number
(888) 486 4722
Partial account number
9000000006133.....
Address identification number
0521463496

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Sep 2009 | Education | $1,750 | $2,028 as of Mar 2015 | Individual |
| First reported | Terms | High balance | | Status |
| May 2010 | 120 Months | Not reported | | Open. |
| Date of status | Monthly payment | | | By Aug 2021, this account is scheduled to go to a positive status. |
| Jan 2015 | $22 | | | |

EXHIBIT # 3

7107-03-00-0001434-0004-0022907

0755169264

P.O. Box 937
Killeen, TX 76540



FIRST NATIONAL BANK TEXAS
www.1stnb.com

FIRST CONVENIENCE BANK
A division of First National Bank Texas
www.1stcb.com

04/20/2015
          OZ 01    050                    RETURN SERVICE REQUESTED
  ALICIA PAYNE
          6108 N ALMANZA LN
          LITCHFIELD PARK, AZ 85340
00154
1275a

Dear ALICIA PAYNE,

Subject: Recent Loan Application

Thank you for your recent loan application dated 04/20/2015. After careful consideration, we regret to inform you that we are unable to approve your request at this time.

The principal reason(s) for our decision are indicated below:

1) Delinquent past or present credit obligations with others

The consumer reporting agency listed below provided us with information that, in whole or in part, influenced our decision. The reporting agency played no part in the decision other than providing us with information about you, and is unable to supply specific reasons why we could not approve your request. You have the right under the Fair Credit Reporting Act (FCRA) to know the information contained in your credit file at the below listed consumer reporting agency. Under the FCRA you have the right to obtain a free copy of the report if you submit a written request to the agency, or agencies, named below no later than 60 days after you receive this notice. Under the FCRA you also have the right to dispute with the credit reporting agency the accuracy or completeness of any information in the report.

Experian
P.O. Box 2002
Allen, TX 75013
(888) 397-3742
www.Experian.com/reportaccess

We thank you for the opportunity to consider your request. If you have any questions regarding this letter or should you have any additional information which might assist us in evaluating your credit worthiness, please contact our Loan Information Center at 254-554-6699 (outside the Killeen area please call 800-677-9801). We thank you for applying, and sincerely hope that we may be able to serve you in the future.

Sincerely,

The Consumer Lending Department

P.O. Box 937
Killeen, TX 76540

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age, (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this creditor is Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Ste 3450, Houston TX 77010-9050.

EXHIBIT # 4